AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __WEST VIRGINIA__

U.S. DISTRICT COURT FILED AT WHEELING, WV
JUN - 3 2009
NORTHERN DISTRICT OF WV
OFFICE OF THE CLERK

JEREMY GRAY, Petitioner,

V.

UNITED STATES OF AMERICA, Respondent.

**JUDGMENT IN A CIVIL CASE**

Case Number: 5:06-CV-95

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.**

IT IS ORDERED AND ADJUDGED

Pursuant to the Memorandum Opinion and Order filed this date in Criminal Action No. 5:05-CR-13-05, and attached hereto, Affirming and Adopting Magistrate Judge Seibert's Report and Recommendations for Disposition, Petitioner's motion for relief pursuant to 28 U.S.C. § 2255 is DENIED, and it is further

ORDERED that this Civil Action is DISMISSED and STRICKEN from the active docket of this Court.

June 3, 2009
Date

WALLY EDGELL, PhD
Clerk

*[signature]*
(By) Deputy Clerk